IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LELA M. HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv249-WHA |
| | ) | |
| | ) | |
| HSBC BANK NEVADA, N.A., et al., | ) | |
| | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR PARTIAL DISMISSAL

This court, having considered Defendant Trans Union LLC's Motion for Partial Dismissal (Doc. # 7), and the Plaintiff having filed no objection in response to the court's Order entered on April 16, 2009 (Doc. # 10), finds the Motion is well taken and is due to be granted.

Accordingly, it is ORDERED that the Defendant's Motion is GRANTED and that the Plaintiff's request for declaratory and injunctive relief against Trans Union LLC is dismissed from this action.

Done this 11th day of May, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE