IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LELA M. HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv249-WHA |
| | ) | |
| | ) | |
| HSBC BANK NEVADA, N.A., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Notice of Voluntary Dismissal (Doc. #24), it is hereby

ORDERED that HSBC Bank Nevada, N.A, is Dismissed as a party defendant, and all claims against HSBC Bank Nevada, N.A., are Dismissed with prejudice.

This case will proceed against the remaining Defendants.

Done this 20th day of May, 2009.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE