IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LELA M. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:09cv249-WHA |
| | ) |
| HSBC BANK NEVADA, N.A., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal with Prejudice (Doc. #29), filed by the parties on July 9, 2009, and for good cause shown, it is hereby

ORDERED that the Defendant Trans Union, LLC is DISMISSED with prejudice as a party Defendant from this case with the parties to bear their own costs.  This case will proceed against the remaining Defendant Experian Information Solutions, Inc.

DONE this 13th day July, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE