UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **Lela M. Harris**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: 2:09-cv-00249 |
| ) | |
| **HSBC Bank Nevada, N.A.,** et al., ) | |
| ) | |
| *Defendants.* ) | |

**<u>JOINT STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE</u>**

**COME NOW** the Parties, Plaintiff and Experian Information Solutions, Inc., by and through their respective counselors, and stipulate, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, that all claims alleged in the Complaint by Plaintiff against this Defendant are due to be dismissed *without* prejudice, with the Parties bearing their own costs, attorneys' fees and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Anthony B. Bush certifies that he has the express permission and agreement of counsel for Defendant to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

Furthermore, Plaintiff advises this Honorable Court that the above entitled cause is hereby due to be closed.

**RESPECTFULLY SUBMITTED** this the 13th day of July, 2009.

**<u>/s/ Anthony B. Bush</u>**
Anthony B. Bush (BUS028)
ASB-7306-A54B
*Attorney for Plaintiff*
Law Offices of Jay Lewis, LLC
847 S. McDonough Street, Ste 100

Montgomery, AL 36104
Phone: (334) 263-7733
Facsimile: (334) 832-4390
anthonybbush@yahoo.com

**/s/ Jack Young**

**Leilus Jackson Young, Jr.**

Attorney for Defendant
Ferguson Frost & Dodson, LLP
2500 Acton Road
Suite 200
Birmingham, AL 35243

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system, on this the 13th day of July, 2009, on the following:

**All Parties of Record.**

**/s/ Anthony B. Bush**
Anthony Brian Bush (BUS028)
Of Counsel